1  BARRY J. PORTMAN
   Federal Public Defender
2  DANIEL P. BLANK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant ROBINSON

6

7

8             IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,              )    No. CR 11-0513 NC
11                                        )
                      Plaintiff,          )    DEFENDANT'S SENTENCING
12                                        )    MEMORANDUM
            v.                            )
13                                        )    Honorable Nathaneal Cousins
   STEVE ROBINSON,                        )    December 14, 2011
14                                        )    2:30 p.m.
                      Defendant.          )
15  _____ )

16

17

18

19

20

21

22

23

24

25

26

**ARGUMENT**

Defendant Steven Robinson respectfully submits this memorandum in support of his request that the Court adopt the stipulated sentence in his plea agreement with the government under Federal Rule of Criminal Procedure 11(c)(1)(C) and impose a sentence of 45 days imprisonment upon his guilty plea to the charged Class A misdemeanor of Illegal Trade in Wildlife, specifically 52 endangered tropical fish.

The Presentence Report in this case correctly calculates the advisory guideline range to be 12-18 months, with a statutory maximum of 12 months, and recommends a sentence pursuant to the guideline of 6 months imprisonment, to be followed by 6 months home confinement with location monitoring.  PSR ¶¶ 66-67 & Sentencing Recommendation.  However, this sentencing recommendation in the PSR fails to take into account under 18 U.S.C. § 3553(a) several points relating to the history and character of Mr. Robinson and the circumstances of this offense.

Mr. Robinson is 58 years old and up to this point has led an exemplary, law-abiding life. He has no prior criminal convictions or juvenile adjudications of any kind.  PSR ¶¶ 35-36.[1] Since 1978, Mr. Robinson has owned and operated Cortez Marine, in Hayward, California, a wholesale live saltwater/tropical fish business with only one employee, a secretary, and an income of approximately $500 per week.  PSR ¶ 59.  During those 32 years, Mr. Robinson has never before had any incident regarding his importation of tropical fish.

Mr. Robinson's conduct in this case of attempting to import 52 endangered tropical fish was obviously wrong, but it was plainly a crime of opportunity, and he has taken full responsibility for it.  PSR ¶¶ 19, 29-30.  Long before he was ever charged in this case, Mr. Robinson met voluntarily with U.S. Fish and Wildlife Service agents and truthfully admitted his misconduct.  PSR ¶ 15.  And then, in an explicit recognition of the importance of deterring the taking of endangered tropical fish, Mr. Robinson reached a resolution with the government

---

[1] His only prior arrest, for allegedly taking a vehicle in1998, was a false charge, made in bad faith, by an ex-employer of Mr. Robinson, who himself later went to jail.  PSR ¶ 38.

- 1 -

1    calling for over six weeks imprisonment, as well as a $2000 fine, on a first-offense

2    misdemeanor, even though he has never been in jail before in his life. PSR ¶ 3. While the

3    advisory guideline range of 12 months imprisonment must of course be considered as a starting

4    point by the Court, it is worth noting that Mr. Robinson's offense level was doubled from 8 to 16

5    based upon a highly speculative potential value for the fish of $70,000 each, none of which were

6    ever actually sold by Mr. Robinson. *See* PSR ¶ 24. Without that extreme increase in his offense

7    level, Mr. Robinson's guideline range would have been 0-6 months, even if the total value of the

8    fish had been as much as $10,000. *See* U.S.S.G. § 2B1.1(b)(1)(C).

9      Thus, this is a case where the Court should apply the factors of § 3553(a) to reach a

10    reasonable sentence notwithstanding a higher advisory guideline range.

11                                **CONCLUSION**

12      For the aforementioned reasons, it is respectfully submitted that the Court should sentence

13    Mr. Robinson to 45 days imprisonment pursuant to his plea agreement under Rule 11(c)(1)(C).

14    Dated: December 7, 2011

15
                              Respectfully submitted,

16
                              BARRY J. PORTMAN

17                               Federal Public Defender

18                                   /s/

19                               DANIEL P. BLANK
                                Assistant Federal Public Defender

20

21

22

23

24

25

26